**Dismissed and Opinion Filed December 29, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00967-CV

**JOHN JOHNSON, Appellant**
**V.**
**KIM WELLS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02496**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Molberg

Stating he no longer wishes to pursue this appeal, appellant has filed a motion

to dismiss. We **GRANT** the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).


/Ken Molberg//
KEN MOLBERG
200967f.p                                           JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN JOHNSON, Appellant

No. 05-20-00967-CV      V.

KIM WELLS, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-02496. Opinion delivered by Justice Molberg, Justices Reichek and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Kim Wells recover her costs, if any, of this appeal from appellant John Johnson.

Judgment entered this 29th day of December 2020.